1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant ALEJANDRO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALEJANDRO JIMENEZ, )<br>)<br>Defendant. )<br>_____ ) | No. 4 15 70847 MAG<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER VACATING HEARING DATE<br>AND CONTINUING MATTER FOR<br>STATUS CONFERENCE |

This matter presently is scheduled for a further detention hearing on 15 July 2015. In light of defense counsel's continuing efforts to obtain additional sureties, the parties wish to continue this matter for a status conference re detention before Magistrate Judge Westmore.

For this reason, IT IS STIPULATED AND AGREED that the detention hearing set for 15 July 2015 may be vacated and that the matter be set for a status conference re detention before Magistrate Judge Westmore on 17 July 2015.

STIP/ORDER                                                 1

1

2  Dated: 13 July 2015                                  _____/s/_____
                                                        BRIGID MARTIN
3                                                       Assistant United States Attorney

4

5  Dated: 13 July 2015                                  _____/s/_____
                                                        JEROME E. MATTHEWS
6                                                       Assistant Federal Public Defender

7

8      Good cause appearing therefor, IT IS ORDERED that the detention hearing set for 15

9  2015 is VACATED and that the matter is continued to 17 July 2015 for a status conference re

10 detention before Magistrate Judge Westmore.

11

12 Dated: July  13 , 2015                               _____
                                                        MARIA ELENA JAMES
13                                                      United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP/ORDER                           2